UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────X

UNITED STATES OF AMERICA,

– against –

ALEX JUSTO,

　　　　　　　　　　Defendant.
───────────────────────────────────────X

SUPPLEMENTAL SENTENCING
MEMORANDUM

11 Cr. 1072 (DLC)

　　　　We respectfully submit this Supplemental Sentencing Memorandum on behalf of Alex Justo.  Mr. Justo is scheduled to appear before Your Honor for sentencing on August 9, 2013, at 10:00 a.m.  Attached to this Memorandum are additional letters of support, including a letter from Mr. Justo's mother, Miledys Justo, and his partner, Fresa Ferrand.  We also attach a letter from Mr. Justo's current employer, Roberto Francisco, as well as proof of employment from his former employer, WC Transportation Service Group, Inc.

Dated: August 6, 2013
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　DAWN M. CARDI & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Dawn M. Cardi/Ariadne Green
　　　　　　　　　　　　　　　　　　　　　　　Two Park Place, 19th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　　212.481.7770 (tel.)
　　　　　　　　　　　　　　　　　　　　　　　212.684.3008 (fax)